# THE LAW OFFICE OF
# BRYAN L. SELLS

January 20, 2026

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street NW
Atlanta, Georgia  30303

Re:     *Libertarian Party of Georgia v. Attorney General*, *State of Georgia*, No. 25-12553

Dear Mr. Smith:

I write on behalf of the appellants to advise the Court of supplemental authority under Rule 28(j).

Over the weekend, the Libertarian Party nominated Chase Oliver as its gubernatorial candidate in Georgia's 2026 elections. *See* https://independentpoliticalreport.com/2026/01/georgia-libertarians-nominate-chase-oliver-for-governor-make-other-statewide-endorsements/

This development significantly narrows the issues in this appeal. The district court held that the Libertarian Party lacked standing because it couldn't identify by name a candidate who would be harmed by Georgia's leadership-committee statute. Now it can. As a result, this Court no longer needs to address that part of the district court's ruling.

The only issue remaining is whether the district court correctly held that the Party also lacked standing because the Attorney General had not threatened to enforce Georgia's campaign finance laws if a Libertarian candidate were to accept contributions above the statutory limits. In that regard, the Court should be aware that the State of Georgia continues to enforce those limits vigorously. *See, e.g., Safe Affordable Georgia, Inc. v. Kreyenbuhl*, No. 1:25-cv-6985-ELR (N.D. Ga.) (another challenge to Georgia's leadership-committee statute and contribution limits).

This Court has already granted the Party's motion to expedite this appeal, and the Party's motion for summary reversal has been pending for more than four months. The gubernatorial campaign is now fully underway, and the need for a prompt ruling in this appeal is urgent.

David J. Smith
January 20, 2026
Page 2 of 2

Sincerely,

Bryan L. Sells
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212
bryan@bryansellslaw.com

cc: counsel of record via CM/ECF